IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONS, et. al;<br><br>　　　　　Defendant. | 8:25CV518<br><br>MEMORANDUM AND ORDER |

　　　Plaintiff Kevin Ballard is currently in custody at the Tecumseh State Correctional Institution, a facility of the Nebraska State Correctional Services (NSCS). Plaintiff believes his sentence and good time credits have been miscalculated, and as a result, he lost credit for good time earned. Filing No. 1. His civil complaint asks this court to order "NDCS's top officials bring to the table all legal documentations to prove Plaintiff's claims are not true," and "all decisions and documentation [it has] on the dates that [he] lost good time." Filing No. 1 at 7.

　　　Plaintiff's claim challenges the length of his remaining sentence and is therefore barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). *Portley-El v. Brill*, 288 F.3d 1063, 1067 (8th Cir. 2002) (holding a claim for damages due to discipline that included the loss of good time credits was *Heck*-barred). Plaintiff's claim for injunctive relief under § 1983 must therefore be dismissed.[1]

　　　Accordingly,

---

[1] Plaintiff's claim in this lawsuit is also raised in his pending habeas case, *Ballard v. Nebraska Department of Corrections,* 8:25-cv-00547-JMG-PRSE. The Court ordered a response in that action, and on November 14, 2025, respondent moved for summary judgment and filed documentation of its sentencing and good time calculations in support of that motion. *Ballard*, 8:25-cv-00547, Filing Nos. 15 & 16.

IT IS ORDERED:

1. This case is dismissed without prejudice.

2. A separate judgment will be entered.

Dated this 21st day of November, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge