IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN L. BALLARD,<br><br>                Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONS, et. al;<br><br>                Defendant. | **8:25CV518**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on what appears to be a motion for reconsideration (the "Motion") filed by Plaintiff Kevin L. Ballard ("Plaintiff"). Filing No. 15. In his Motion Plaintiff seeks relief from the Memorandum and Order and corresponding Amended Judgment dismissing this case without Prejudice. *See* Filing Nos. 12 & 14. For the reasons that follow, the Motion shall be denied.

      As an initial matter, Plaintiff has not indicated which provision of the Federal Rules of Civil Procedure he relies upon in making the Motion. *See* Filing No. 15. As such, the Motion may be treated either as a Rule 59(e) motion to alter or amend judgment or as a Rule 60(b) motion for relief from judgment. *See Sanders v. Clemco Indus.*, 862 F.2d 161, 168 (8th Cir. 1988). However, there is no need to further address the Motion under either Rule as Plaintiff mistakenly believes the matter was dismissed due to his failure to submit the initial partial filing fee. *See* Filing No. 15 at 1.

      The initial partial filing fee of $0.88 was received by this Court on November 17, 2025 (text entry), therefore payment of the fee was not an issue when Plaintiff's case was dismissed. Instead, Plaintiff's case was dismissed due

to his claims being barred under *Heck v. Humphrey*, 512 U.S. 477 (1994). *See* Filing No. 12 at 1. As such, Plaintiff's argument addressing the initial partial filing fee payment is misguided and ultimately inapplicable when considering the basis for the dismissal of his case.

IT IS THEREFORE ORDERED THAT: The Motion, Filing No. 15, is denied without prejudice. The case shall remain closed.

Dated this 22nd day of January, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge